**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

783 MANHATTAN FRUIT
EXCHANGE, INC.,

                          Plaintiff,

              -against-

KITCHEN TABLE, INC., *et al.,*

                        Defendants.

-------------------------------------------------------------------X

**25 Civ. No. 9160 (GHW)**

**PRE-SETTLEMENT**
**CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Pre-Settlement Conference Call on **Thursday, February 5, 2026 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 578 997 022#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
           January 29, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge